IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE NASH, *pro se*, | ) | CASE NO. 1:12 CV 2234 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Greg White |
| Defendant. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge White (Docket #20) and GRANTS the Motion to Dismiss for Failure to Prosecute filed by the Commissioner (Docket #17). Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

This case is hereby TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: *August 30, 2013*